No. 91–522. SAUDI ARABIA ET AL. *v.* NELSON ET UX. C. A. 11th Cir. [Certiorari granted, 504 U. S. 972.] Motion of the So-

licitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motions of Human Rights Watch and International Human Rights Law Group et al. for leave to file briefs as *amici curiae* granted.